

2007 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

11-5-2007

# Giese v. Comm Social Security

Precedential or Non-Precedential: Non-Precedential

Docket No. 06-2906

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2007

Recommended Citation

"Giese v. Comm Social Security" (2007). *2007 Decisions.* Paper 268.
http://digitalcommons.law.villanova.edu/thirdcircuit_2007/268

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2007 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

_____

No. 06-2906
_____

DARLENE N. GIESE,
                                    Appellant

v.

COMMISSIONER OF SOCIAL SECURITY


_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. No. 04-cv-06154)

Before: SCIRICA, Chief Judge, RENDELL and FUENTES, Circuit Judges.


_____

ORDER AMENDING OPINION AND JUDGMENT
_____

The opinion and judgment entered October 29, 2007 is hereby amended to reflect

the Honorable Jerome B. Simandle as the district court judge.



For the Court,
/s/ Marcia M. Waldron
Clerk

Dated: November 5, 2007
tmk/cc: Adrienee F. Jarvis, Esq.
         Marla P. Siegel, Esq.